CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 3 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LUIS SALVADOR SAUCEDO-GONZALEZ, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07-cv-00073 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED and ADJUDGED

that

1) Plaintiff's claims against the United States Bureau of Prisons ("BOP") pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) shall be and hereby are **DISMISSED** without prejudice;

2) The Clerk is **DIRECTED** to replace the defendant BOP with the United States of America;

3) Plaintiff's claims against the BOP under the Federal Tort Claims Act ("FTCA") shall be and hereby are **DISMISSED**;

4) The Clerk is **DIRECTED** to **TERMINATE** the BOP as a defendant to this action; and

5) Only plaintiff's FTCA claims against the United States shall go forward.[5]

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 3rd day of April, 2007.

United States District Judge

---

[5] These FTCA claims will be served by separate order.